**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DOUGLAS PATTISON,**

     **Plaintiff,**

**v.**                                                                   **Case No. 4:25-cv-397-AW-MAF**

**APALACHEE CENTER, INC.,
and DOES 1-50,**

     **Defendants.**

_____/

## <u>ORDER OF DISMISSAL</u>

After careful review, I conclude Plaintiff's operative complaint (the second amended) is subject to dismissal for two independent reasons. The complaint is a shotgun pleading. And the claims are frivolous. This conclusion is consistent with the magistrate judge's conclusion, and I adopt the report and recommendation (ECF No. 30) and incorporate it into this order.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed as frivolous and because the complaint is a shotgun pleading." The clerk will then close the file. All pending motions are DENIED.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge